384 A.2d 1226

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Terrance Lee KRONK, Appellant (two cases).**

Supreme Court of Pennsylvania.

Argued March 9, 1978.

Decided April 28, 1978.

Thomas P. Ruane, Jr., Public Defender, Uniontown, for appellant.

Gerald R. Solomon, Ralph C. Warman, Uniontown, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and LARSEN, JJ.

### ORDER OF THE COURT

PER CURIAM:

Order denying appellant's Motion to Withdraw Plea vacated and case remanded granting appellant 30 days for the filing of an Amended Motion to Withdraw Plea and for an evidentiary hearing to resolve issues raised in said amended motion.